RECEIVED

JUN 2 5 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| PAM THIBODEAUX | CIVIL ACTION NUMBER 06-2195 |
| VERSUS | JUDGE DOHERTY |
| WILEY E. NED MAULDIN, ET AL | MAGISTRATE JUDGE METHVIN |

### MEMORANDUM RULING ON MOTION TO DISMISS

Pending before the Court is a Motion to Dismiss Pursuant to Rule 12(b)(6) [Doc. 7], filed by Officer Wiley E. Mauldin, individually and in his official capacity as a police officer for the Town of Church Point. No opposition has been filed by plaintiff. As the deadline has passed for filing opposition and no opposition has been filed, this Court considers the motion as unopposed.

Seeing no error of law, and for the reasons set forth in the Motion to Dismiss, the Court hereby GRANTS the Motion to Dismiss [Doc. 7].

THUS DONE AND SIGNED in Lafayette, Louisiana on this 25 day of June, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

1