RECEIVED
FEB 1 9 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| PAM THIBODEAUX | CIVIL ACTION NUMBER 06-2195 |
| VERSUS | JUDGE DOHERTY |
| WILEY E. NED MAULDIN, ET AL | MAGISTRATE JUDGE METHVIN |

### MEMORANDUM RULING

Pending before the Court is a Motion for Partial Summary Judgment [Doc. 27], filed by defendants Officer Wiley E. "Ned" Mauldin and the Town of Church Point.[1] No opposition has been filed by plaintiff.[2] As the deadline has passed for filing opposition and no opposition has been filed, this Court considers the motion as unopposed.

Seeing no error of law, and for the reasons set forth in the Motion for Partial Summary Judgment, the Court hereby GRANTS the Motion for Partial Summary Judgment [Doc. 27].

---

[1] This Court notes the docket sheet in this matter incorrectly refers to Wiley E. Ned Mauldin as a terminated party, pursuant to this Court's ruling granting Mauldin's 12(b)(6) Motion to Dismiss on June 25, 2007 [Doc. 18]. However, review of the pleadings and motions in this case shows that only plaintiff's claims against Mauldin pursuant to Title VII and 42 U.S.C. §2000(e) – and *not* plaintiff's claims pursuant to 42 U.S.C. §1981 – were the subject of that motion to dismiss. Thus, the Court's order granting Mauldin's motion to dismiss plaintiff's Title VII and Section 2000(e) claims did not adjudicate plaintiff's claims against Mauldin under Section 1981, and Mauldin remained a defendant after the issuance of that ruling.

[2] In briefing associated with plaintiff's motion to amend complaint [Doc. 29], which was filed on January 16, 2008 and is currently pending before the magistrate judge, plaintiff, a Caucasian female, states she does not oppose the instant motion, inasmuch as she alleges no claims against Mauldin and/or the Town of Church Point for racial discrimination pursuant to 42 U.S.C. §1981.

Plaintiff's claims against Officer Wiley E. "Ned" Mauldin and the Town of Church Point pursuant to 42 U.S.C. §1981 are hereby DISMISSED.

THUS DONE AND SIGNED in Lafayette, Louisiana on this __19__ day of February, 2008.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE